RAKOFF, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: EPHEDRA PRODUCTS LIABILITY LITIGATION** | **04 MDL 1598 (JSR)** |
| **IN RE: MUSCLETECH RESEARCH AND DEVELOPMENT, INC.**, et al., <br><br> Foreign Applicants in Foreign Proceedings. | **06 Civ. 538 (JSR)** |
| **IN RE: RSM RICHTER, INC.**, as Foreign Representative of MuscleTech Research and Development, Inc. and its subsidiaries, <br><br> Plaintiffs, <br><br> v. <br><br> **SHARON AGUILAR**, an individual, et al., <br><br> Defendants. | **06 Civ. 539 (JSR)** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE OF THE PLAINTIFF'S COMPLAINT AGAINST THE DEFENDANTS** |

**PERTAINS TO THE FOLLOWING CASE**:

McLaughlin v. MuscleTech Research &
Development, Inc., et al.
No. 1:07-cv-02816

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6-7-07

     **IT IS HEREBY STIPULATED AND AGREED** by and among the Parties, through

their respective counsel, that the above-captioned matter, having been amicably settled between

the Parties, be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) with prejudice

and with each Party to bear its own costs and attorneys' fees.

     Based upon the agreement of the parties as set forth above:

     **IT IS HEREBY ORDERED** that all claims of the Plaintiff, Timothy A. McLaughlin,

individually and as Special Administrator of the Estate of Laurie McLaughlin, deceased, against

the Defendants, MuscleTech Research and Development, Inc., General Nutrition Corporation,

GNC Franchising, Inc., HVL, Inc., and E & L Associates, Inc. d/b/a GNC, are hereby

**DISMISSED, WITH PREJUDICE**.

**STIPULATED AND AGREED TO BY:**

**BERNARD R. NEVORAL & ASSOCIATES**

Dated: __5\1_____, 2007

_____

Bernard R. Nevoral, Esquire
Counsel for the Plaintiff, Timothy A. McLaughlin,
individually and as Special Administrator of the
Estate of Laurie McLaughlin, deceased

**DUANE MORRIS LLP**

Dated: __5/14_____, 2007

_____

Thomas B.K. Ringe, III, Esquire
Counsel for Defendant MuscleTech Research and
Development, Inc.

**DAPPER BALDASARE BENSON BEHLING &
KANE, PC**

Dated: __5/8_____, 2007

_____

Robert J. Behling, Esquire
Counsel for Defendant HVL, Inc.

**HALL PRANGLE & SCHOONVELD, LLC**

Dated: __5/1_____, 2007

_____

Thomas J. Burke, Jr., Esquire
Counsel for Defendants General Nutrition
Corporation, GNC Franchising, Inc., and E & L
Associates, Inc. d/b/a GNC

SO ORDERED:

_____
U.S.D.J.   6-6-07

**SO ORDERED**

This _6th_ day of _____, 2007.

_____
Hon. Jed S. Rakoff, U.S.D.J.

3